SOPHIE C. BROSEMER, Appellant, v. ALICE MONGIN and Others, Defendants.

* See Code Crim. Proc. § 521.— [REP.

John Tiernan and Others, Appellants, and Oswego City Savings Bank, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.  Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.